IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ) | CRIMINAL NO. 3:10-792-CMC |
| ) | |
| v. ) | **OPINION and ORDER** |
| ) | |
| Escanio Bicuna-Rios, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court on Defendant's motion for copies of "all motions filed by his attorney of record or the gover[n]ment thus far." Mot. at 1 (Dkt. #164, filed Aug. 26, 2011). Defendant "respectfully requests that the court cover copying costs." *Id*.

Longstanding circuit precedent provides that a prisoner who requests free copies of records in his or her criminal case, whether it is a state or federal case, must show a particularized need for such records. *See Jones v. Superintendent, Virginia State Farm*, 460 F.2d 150, 152-53 (4th Cir. 1972); *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963). Defendant has failed to make this showing.

Defendant's motion for free copies of the motions filed in this matter is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 15, 2011

1